**Order entered March 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00898-CR

**MICHAEL EDWARD HARSSEMA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80837-2018**

## ORDER

This appeal is **REINSTATED**.

Before the Court are appellant's January 25, 2019 motion to unseal a portion of the record, January 30, 2019 second motion for extension of time to file appellant's brief, and February 28, 2019 supplement to the second motion for extension of time to file appellant's brief.

By order entered January 31, 2019, the Court abated this appeal so the trial court could conduct a hearing and make findings of fact on the merits of appellant's motion to unseal a portion of the record. The Court's order further directed the court reporter to file a copy of the disputed sealed record with this Court as part of the appellate record.

On March 5, 2019, the Court received a supplemental reporter's record of the hearing the trial court held regarding the sealed portion of the record. During the hearing, the trial court determined that the parties should have access to the sealed record, and it provided them with copies of the sealed record for use solely in connection with this appeal. On March 6, 2019, the court reporter filed the sealed record as a supplemental reporter's record in this case.

In light of the trial court's findings and actions taken during the hearing, we **VACATE** that portion of the January 31, 2019 order requiring the trial court to prepare written findings and recommendations.

We **GRANT** appellant's January 25, 2019 motion to unseal a portion of the record to the extent we will allow the parties in their briefs and any oral argument to quote from, refer to, and advance appellate arguments regarding, the sealed record.

We **GRANT IN PART** appellant's January 30, 2019 second motion for extension of time to file appellant's brief and February 28, 2019 supplemental motion to the extent we **ORDER** appellant's brief filed within **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE